UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIEL PIERSON,

    Plaintiff,

vs.                                            Case No.  3:05-cv-1045-J-MCR

MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration.

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Counsel's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 27) filed May 15, 2007.  The Court notes that Plaintiff's 3.01(g) certificate states Plaintiff's counsel emailed a copy of his Motion to Defendant's counsel and that "at this time, Defendant does not object to this filing."  (Doc. 27, p. 2).

    Middle District Local Rule 3.01(g) requires a moving party to confer with opposing counsel prior to filing a motion for attorney's fees "in a good faith effort to resolve the issue."  If the parties are unable to resolve their differences, Rule 3.01(g) requires the moving party to file a statement with his motion that certifies he has conferred with opposing counsel and the parties could come to no resolution.

    The importance of the Local Rules cannot be overstated.  All counsel are expected to be familiar with and comply with all applicable rules of this Court.  The purpose of Local Rule 3.01(g) "is to require the parties to communicate and resolve

certain types of disputes without court intervention." <u>Desai v. Tire Kingdom, Inc.</u>, 944 F. Supp. 876 (M.D. Fla. 1996). The term "communicate" has been further clarified to mean, "to speak to each other in person or by telephone, in a good faith attempt to resolve disputed issues." <u>Davis v. Apfel</u>, 2000 WL 1658575 (M.D. Fla. 2000). In this case, an email from Plaintiff's counsel along with a vague 3.01(g) statement leaves this Court uncertain as to whether counsel have actually spoken to one another. Plaintiff's statement further suggests that while Defendant has not yet opposed Plaintiff's Motion, he may do so at any time. Thus, Plaintiff's 3.01(g) effort certainly does not qualify as a "good faith effort to resolve the issues raised by the motion." [1]

Accordingly, it is now

**ORDERED:**

Plaintiff's counsel shall confer with opposing counsel regarding the Motion as required by Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida and shall file an appropriate certificate with the Court no later than **Friday, May 25, 2007.**

---

[1] In addition to failing to certify that the parties' counsel have communicated and resolved this motion, Plaintiff's counsel also fails to mention the date he sent the email to Defendant's counsel and whether he has given Defendant's counsel sufficient notice to object to his Motion.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  17th  day of May, 2007.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party